**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6245

THOMAS REID DECARLO,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; NORTH CARO-
LINA DEPARTMENT OF CORRECTION; TILLERY CORREC-
TIONAL INSTITUTION; J. WILLIAMS,

Respondents - Appellees.

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief
District Judge.  (CA-97-1139-1)

Submitted:  July 22, 1998          Decided:  August 6, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Thomas Reid DeCarlo, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Reid DeCarlo seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. DeCarlo v. North Carolina Attorney General, No. CA-97-1139-1 (M.D.N.C. Jan. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2